# Order

Michigan Supreme Court
Lansing, Michigan

October 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145872

JORDAN B. MILLER,
　　　　Plaintiff-Appellee,

v

DANIEL A. MILLER,
　　　　Defendant-Appellant.

SC: 145872
COA: 308215
Washtenaw CC: 08-002869-DM

_____/

On order of the Court, the application for leave to appeal the August 7, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2012

_____　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

s1023